**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-6319**

---

AKIL RASHIDI BEY, ex rel. Aikido Graves,

        Plaintiff - Appellant,

        v.

COMMONWEALTH OF VIRGINIA; PRINCE WILLIAM COUNTY; PRINCE WILLIAM COUNTY ADULT DETENTION CENTER; JANE DOE 1, Correctional Officers/Sheriffs in their official and individual capacity; JOHN DOE 2, Correctional Officers/Sheriffs in their official and individual capacity; JOHN DOE 3, Correctional Officers/Sheriffs in their official and individual capacity; RAY PEREZ, Chaplin, in his official and individual capacity; JOHN DOE 1, Correctional Officers/Sheriffs in their official and individual capacity,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis III, Senior District Judge. (1:13-cv-00102-TSE-TRJ)

---

Submitted: May 29, 2014        Decided: June 3, 2014

---

Before SHEDD, WYNN, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Akil Rashidi Bey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Akil Rashidi Bey appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Bey v. Commonwealth of Va., No. 1:13-cv-00102-TSE-TRJ (E.D. Va. filed Jan. 31, 2014 & entered Feb. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We conclude that the order is final and appealable as no amendment to the complaint could cure the defects identified by the district court. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).